**McEVOY, DANIELS & DARCY, P.C.**
Camp Lowell Corporate Center
4560 East Camp Lowell Drive
Tucson, Arizona 85712
Telephone: (520) 326-0133
Fax: (520) 326-5938

Sally M. Darcy
Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| LSS SUPPLY, INC., | ) | Case No. 97-03293-TUC-RTB |
| Debtor. | ) | |
| BEYTH-MEOWN KECAPH, aka Karen JONES, | ) | |
| Plaintiff, | ) | Adv. No. A98-0120 |
| v. | ) | |
| LSS SUPPLY, INC., dba Jensen's Custom | ) | **MOTION TO DISMISS** |
| Defendant. | ) | |

Stanley J. Kartchner, in his capacity as the Chapter 7 Trustee, moves this Court for an Order dismissing the above captioned adversary. This motion is based upon the following::

**Facts:**

1. Debtor filed for relief under Chapter 11 of the Bankruptcy code on August 1, 1997.

2. On April 2, 1998, the case was converted to proceedings under Chapter 7, and Alan Solot was appointed as the Trustee. Stanley J. Kartchner was appointed as the successor trustee on September 23, 2004.

3. The adversary was filed by Plaintiff on August 4, 1998, seeking recovery of property or money, alleging that Plaintiff had placed certain firearms with Debtor on consignment. Plaintiff alleged that the firearms were sold and the proceeds used by Debtor.

1     4. Plaintiff failed to name the Trustee as a party, and the Trustee was allowed to intervene, and filed an answer.

    5. The Trustee asserted that Plaintiff had failed to comply with A.R.S. § 47-2326, and therefore, had no interest in the firearms that were alleged to have bee placed with Debtor on consignment. The Trustee further alleged that said firearms were either sold before the bankruptcy filing, or were a part of the sale approved by this Court, without objection from Plaintiff.

    6. On September 21, 1999, Plaintiff's attorneys, O'Connor Cavanagh Molloy Jones filed their Motion to Withdraw as Attorneys of Record for Plaintiffs. Thereafter, an Order granting their withdrawal was entered.

    7. The docket indicates the case has been terminated, but nothing further has transpired in this case, and there is no order dismissing the adversary. .

**Argument.**

    Plaintiff has failed to prosecute this adversary. As a matter of law, Plaintiff was required to comply with A.R.S. § 47-2326 to preserve its interest, if any, in consigned goods. It did not.

    Wherefore, the Trustee respectfully requests that the Court enter an order dismissing this Adversary.

    RESPECTFULLY SUBMITTED this 28th day of September, 2005.

                                  McEVOY, DANIELS & DARCY, P.C.

                                  By: / s/Sally M. Darcy
                                        Sally M. Darcy
                                        Attorneys for Trustee

Copy of the foregoing mailed
this 28th day of September, 2005, to:

Beyth-Meown KeCaph
Bob Hallstrom, Co-Trustee
PO Box 9411
Boise, Idaho 83707

Stanley J. Kartchner

2

| | |
|---|---|
| 1 | Law Office of Stanley J. Kartchner |
| 2 | 7441 N. Mountain Shadows<br>Tucson, Arizona 85718-1082 |
| 3 | Trustee |
| 4 | Eric Slocum Sparks<br>110 S. Church Ave., Ste. 2270 |
| 5 | Tucson, Arizona 85701<br>Attorney for Debtor |