SO ORDERED.

Dated: February 22, 2007

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge
_____

**McEVOY, DANIELS & DARCY, P.C.**
Camp Lowell Corporate Center
4560 East Camp Lowell Drive
Tucson, Arizona 85712
Telephone: (520) 326-0133
Fax: (520) 326-5938

Sally M. Darcy
darcysm@aol.com
Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 7 |
| LSS SUPPLY, INC., | Case No. 97-03293-TUC-RTB |
| Debtor. | |
| BEYTH-MEOWN KECAPH, aka Karen JONES, | |
| Plaintiff, | Adv. No. A98-0120 |
| v. | |
| LSS SUPPLY, INC., dba Jensen's Custom | **ORDER DISMISSING ADVERSARY PROCEEDING** |
| Defendant. | |

Stanley J. Kartchner, in his capacity as the Chapter 7 Trustee, having filed a Motion to Dismiss and a Notice of Filing Motion to Dismiss and Deadline to Object on the 28th day of September 28, 2005, and there being no objection, and good cause appearing,

IT IS HEREBY ORDERED that this adversary proceeding, No. 98-0120, be and hereby is dismissed.

DATED this _____ day of February, 2007.

_____
UNITED STATES BANKRUPTCY JUDGE

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Unconformed copy of the foregoing mailed this 20th day of February, 2007, to: |
| 4 | Beyth-Meown KeCaph |
| 5 | Bob Hallstrom, Co-Trustee<br>PO Box 9411<br>Boise, Idaho 83707 |
| 6 | |
| 7 | Stanley J. Kartchner |
| 8 | Law Office of Stanley J. Kartchner<br>7441 N. Mountain Shadows<br>Tucson, Arizona 85718-1082 |
| 9 | Trustee |
| 10 | Eric Slocum Sparks<br>110 S. Church Ave., Ste. 2270 |
| 11 | Tucson, Arizona 85701<br>Attorney for Debtor |
| 12 | |

*GRANTED* (watermark across page)

2



**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0970-4          User: martinezl          Page 1 of 1          Date Rcvd: Feb 23, 2007
Case: 98-00120                Form ID: pdf005          Total Served: 4

The following entities were served by first class mail on Feb 25, 2007.
aty          +NATHAN B HANNAH,    LESHER & WILLIAMS,    3773 E. BROADWAY,    TUCSON, AZ 85716-5409
aty          +SALLY M DARCY,    MCEVOY, DANIELS & DARCY P.C.,    CAMP LOWELL CORPORATE CENTER,
               4560 EAST CAMP LOWELL DRIVE,    TUCSON, AZ 85712-1282
aty          +STANLEY KARTCHNER,    TRUSTEE,    C/O SALLY M DARCY,    MCEVOY DANIELS & DARCY,
               4560 E CAMP LOWELL DR,    TUCSON, AZ 85712-1282
ust          +U.S. TRUSTEE,    OFFICE OF THE U.S. TRUSTEE,    230 NORTH FIRST AVENUE,    SUITE 204,
               PHOENIX, AZ 85003-1725

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla             BEYTH-MEOWN KECAPH
dft             LSS SUPPLY INC
                                                                                  TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2007**                      Signature:  _Joseph Speetjens_